UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY TOPOL,

        Plaintiff,

v.                                              Case No:  6:15-cv-1526-Orl-40KRS

ARTECH INFORMATION SYSTEMS, LLC,

        Defendant.
_____/

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss Second Amended Complaint (Doc. 33) filed on May 19, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 24, 2016 (Doc. 41), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Second Amended Complaint (Doc. 33) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on July 13, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record