**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JEFFREY TOPOL,

        Plaintiff,

v.                                  Case No:  6:15-cv-1526-Orl-40KRS

ARTECH INFORMATION SYSTEMS,
LLC,

        Defendant.
                               /

## ORDER

This cause is before the Court on Joint Motion to Dismiss Case without Prejudice (Doc. 56) filed on November 29, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed December 14, 2016 (Doc. 67), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Court **APPROVES** the parties' stipulation of dismissal and the Joint Motion to Dismiss Case without Prejudice (Doc. 56) is **GRANTED**.

3.      This case is **DISMISSED without Prejudice**, each party to bear its own fees and costs.

4.      The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 4, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties